UNITED STATES DISTRICT COURT SCAN INDEX SHEET



gb

3:96-cr-00539 USA v. Dominguez-Maroyoqui

cr

3

96539

12

USA

Dominguez-Maroyoqui

crinfo.

3/14/96

BTM - Presiding Judge

FIL[ED]

MAR 14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **'96-539 BTM** |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 18, U.S.C., Sec. 111 - Assault on a Federal Officer (Felony) |
| CARLOS DOMINGUEZ-MAROYOQUI, ) | |

The United States Attorney charges:

On or about January 4, 1996, within the Southern District of California, defendant CARLOS DOMINGUEZ-MAROYOQUI did willfully and forcibly assault, resist, oppose, impede, and interfere with a person named in Title 18, United States Code, Section 1114, to wit: United States Border Patrol agents David J. Astle, Dean Kuckkahn, and Christopher Bush one block north of the Otay Mesa Port of Entry, while agents Astle, Kuckkahn, and Bush were engaged in the performance of their duties; in violation of Title 18, United States Code, Section 111.

DATED: February 1, 1996.

ALAN D. BERSIN
United States Attorney

*Linda J. Candler*
LINDA J. CANDLER
Assistant U.S. Attorney

12